**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| True Value Company, LLC, et al., )<br>)<br>Plaintiff, )<br>) Case No. 20 C 50083<br>v. )<br>) Hon. Philip G. Reinhard<br>International Hardward Supplies, LLC, et al., )<br>)<br>Defendants. ) | |

## ORDER

    Defendants filed an amended notice of removal [17]. In it they request leave to conduct jurisdictional discovery as to the members of plaintiff, True Value Company, LLC, and the citizenship of those members. Plaintiff's request is granted. Plaintiff is also granted leave to conduct jurisdictional discovery as to the principal place of business of plaintiff, TV Cooperative Company, whose principal place of business has only been alleged on "information and belief". All matters related to jurisdictional discovery are referred to Magistrate Judge Jensen.

Date: 06/10/2020                ENTER:

                                              */s/ Philip G. Reinhard*
                                            United States District Court Judge

                                                            Electronic Notices. (LC)